## No. 12,973.

DEBRAS *v.* VOSMERA.
(9 P. [2d] 1118)

Decided March 28, 1932.

Mr. W. E. CLARK, for plaintiff in error.

Mr. G. H. BRADFIELD, for defendant in error.

## No. 13,009.

Estate of Webb.
THOMPSON ET AL. *v.* JACK.
(10 P. [2d] 947)

Decided March 28, 1932.    Rehearing denied April 25, 1932.